

FILED

FEB 26 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

DAVID ATREYEL CAMPBELL       13174-032

(Enter above the full name of the plaintiff
or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**              **CIVIL ACTION NO.** 5:18-CV-0357

(Number to be assigned by Court)

Ms. Leslie, Mr. Sweeney, Mr. Toney, Ms. Smith, Mrs. Stenett

Dr. Weaver, Mrs. Saad, Mrs. Parke-Davis, FBOP

(Enter above the full name of the defendant
or defendants in this action)

# COMPLAINT

## I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes _____        No _X_

1

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit:

Plaintiffs:   _____

_____

_____

Defendants:   _____

_____

_____

2.   Court (if federal court, name the district; if state court, name the county);

_____

3.   Docket Number: _____

4.   Name of judge to whom case was assigned:

_____

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

**II.** **Place of Present Confinement:** Fayette County Detention Center Lexington, Ky

   A. Is there a prisoner grievance procedure in this institution?

      Yes ✓    No _____

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

      Yes _____    No ✓

   C. If you answer is YES:

     1. What steps did you take? _____

     2. What was the result? _____

   D. If your answer is NO, explain why not: I did not Due to The fact I exhausted my Remedies while under Federal Custody Prior to this ARREST

**III.** **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: David ATREYEL Campbell #13174-032

     Address: 600 OLD FRANKfort Circle Lex, Ky 40510

   B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: ~~FCI Beckley~~ Federal Bureau of Prisons

is employed as: ~~FCI Beckley~~ Multiple STAffers

at FCI Beckley FCI Gilmer

D. Additional defendants: Ms. Leslie DHO FCI Beckley, Mr. Sweeney SIS FCI Beckley, Mr. Toney SIS FCI Beckley, Ms. Smith Case Manager FCI Beckley, Mrs. STEngTT Unit Manager FCI Beckley, Dr. Weaver Chief Psychologist FCI Beckley. Mrs. Saad Warden ~~FCI Gilmer~~ FCI Gilmer Mrs. Parke-Davis Unit Manager FCI Gilmer.

## IV.  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 1-4-17 I was place in the SHU at FCI Beckley under investigation by SIS staff Mr. Toney & Mr. Sweeney. On 1-12-17 I was issued an Incident Report for Prohibited Act code 196. ~~On 1-14-17 I was seen by DHO Ms. Leslie~~ On 1-15-17 I was seen by Counselor Mr. Brown in which he conducted an interview in which I claimed my innocence gave statement & asked for a witness to be called. On 2-18-17 I was seen by DHO Ms. Leslie. At this time my hearing was conducted I continued to plead my innocence. During this entire process I notified DHO Leslie that there was no evidence to support SIS' claim of violation of Acts code 196.

4

TREATMENT I would have received during my 6 months RRC placement by me participating in T-DAP for FBOP inmates that completed 500hr RDAP successfully. Dr Weaver also stated I refused to sign the expulsion form which is NOT TRUE BECAUSE I was NEVER given the chance to sign such form because I was NOT PRESENT at time of meeting.

While I was still in the SHU I was recommended for 30-91 days of RRC Placement by Case Manager Ms. Brown. This was approved by Unit Manager Mrs STENETT. During my whole incarceration which was me serving a 72 month sentence I was recommended 180 day of RRC placement due to the 26 programs I completed as well as the 500 hour R-DAP. However I denied this 180 days to being wrongfully found Guilty. I was also homeless + had relocated.

During my 97 days in the SHU I was subject to mental, emotional, spiritual + physical stress + pains I had No contact with loved ones, I was verbally abused by staff members, I was confined to a cell 23 hrs a day. I was forced to pray in a Dirty cell on the floor due to me being a Muslim. I had numerous nightmares from being enclosed for such a long period for something I did NOT do.

On April 13th 2017 I was Transferred from FCI Beckley to FCI Gilmer as a result to being found guilty at FCI Beckley. This was deemed AN Disciplinary Transfer. However I had arrived at FCI Beckley on 7-3-13. My departure on 4-13-17 caused me to have to destroy majority of my belongings due to the rules of Items that can be transferred

During my time after my Guilty Finding I repeatedly request the Findings of my DHO Hearing so that I could Rightfully appeal the finding + sanctions imposed. I was denied this for 65 days which in itself was very oppressive + stressful. I also couldn't inform my family of my TRANSFER.

When I arrived at FCI GILMER I was resubmitted for the same amount of RRC placement time by Unit Manager Parke-Davis Even though she agreed that I should of been given at least 180 days. This caused me from being released to RRC 6-13-17 to 9-11-17. I Filed Administrative Remedies on RRC placement where my Case Manager, Warden J. SAAD + the Regional office all stated that my RRC placement was deemed fit due to my Guilting Finding for 111 A.

On 4-19-17 I was finally given my DHO Hearing findings in which I Immediately filed an appeal to the Regional office. I later WON my appeal to the extent of a rehearing because my Due Process Rights were violated.

On 8-8-17 I was granted a NEW DHO Hearing. I was seen by a Mr. Mike Gurkya.

On 8-29-17 I was told by staff that my Incident Report

had been thrown out or over turned. By this time I only had 14 days left until my RRC release date and the damage had already been done & could not be undone.

I was subject to 97 days in the SHU, I was transferred institutions I lost numerous belongings. I wasn't able to do the follow up treatment I earned as a R-DBP & Complete, I was forced to sit in prison for an additional 90 days. I was allowed to call my family for more than 90 days I couldn't email my loved ones for 210 days. The Mental physical, & and Emotional strain caused me severe migraines. The numerous hours spent in the bed caused my spine likelihood to be excruciating.

## IV. Statement of Claim (continued):

During this interview DHO Leslie Attempted to get me to Accept Responsibility for Awd Act I did NOT commit. During the interview Leslie Refused to contact my witness and proceeded to dismiss the 196 violation And charge me with 112A codes violation. Where my Sanctions where 30 days disiplinary segregation, 180 days No E-mail, 90 days No Phone, 41 GCT DAYS LOST. All together I spent 97 days in the shu. This was caused by Ms Leslie lack of reviewing the evidence i Not calling my witness. During this time I had successfully completed R-DAP. On 2-15-17 I was expelled from R-DAP by Dr. Weaver for Not Accepting Responsibility for my Actions because I did not plead guilty during DHO hearing. This caused me to lose out on 6 months RRC placement As well As 4 month of additional

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

As Relief I ask the court to give me Monetary relief in the sum of $500,000∞ for the damages. I also ask that all Defendants be held accountable in both official and individual compacity's

5

**V.    Relief (continued)):**

_____

_____

_____

_____

_____

**VII.   Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No ✓_____

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons:  _I CAN NOT Afford p Attorney._

_____

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No ✓_____

6

If so, state the lawyer's name and address:

_____

_____

Signed this _22nd_ day of _February_ , 20 _18_ .

_D l Gill_   #13174-032

_____

**Signature of Plaintiff or Plaintiffs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2-22-18_ .

(Date)

_D l Gill_
_____

**Signature of Movant/Plaintiff**

_____

**Signature of Attorney**
**(if any)**

7

French $4 + 9
P    $2
Tax  $1.
Det  $1
D    $3

Inmate Services
- Notarize document of my 2 names for consult ; mailing purposes
- Form C                          Plus WRONG DISTRICT
- Copy of inmate account
- Address of Federal Courthouse in Southern District of W.V (Charleston WV)

People Named in suit

- Warden of Beckley
- S.S Sweeney & Toaky @ Beckley
- DHO Leslie @ Beckley
- Case Manager Pine B upper Ms. Smith @Beckley
- Unit Manager Pine Mrs Stewart @ Beckley
- Chief Psychologist Dr. Weaver @ Beckley
- Warden J. Saad @ Gilmer
- Unit Manager Mrs. Parke-Davis B-Unit @G.lmer

- Manner / need
- Paper Work Brought down here.